# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Veronica Markstrom,

              Plaintiff,      Case No. 16-cv-14222

v.                                     Judith E. Levy
                                     United States District Judge

Commissioner of Social Security,

                                     Mag. Judge Mona K. Majzoub

             Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S REPORT AND RECOMMENDATION [20]

This is a Social Security appeal. Before the Court is Magistrate Judge Mona K. Majzoub's Report and Recommendation (Dkt. 20) recommending the Court deny plaintiff's motion for summary judgment (Dkt. 14) and grant defendant's motion for summary judgment (Dkt. 15), issued January 18, 2018. The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The court has nevertheless thoroughly reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (Dkt. 20) is ADOPTED;

Plaintiff's motion for summary judgment (Dkt. 14) is DENIED;

Defendant's motion for summary judgment (Dkt. 15) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: March 23, 2018      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 23, 2018.

    s/Shawna Burns
    SHAWNA BURNS
    Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).